Eileen T. Booth - 182974
Jason R. Cale - 252113
**JACOBSEN & McELROY PC**
2401 American River Drive, Suite 100
Sacramento, CA  95825
Tel.     (916) 971-4100
Fax     (916) 971-4150
ebooth@jacobsenmcelroy.com
jcale@jacobsenmcelroy.com

Attorneys for Defendants
MICHAEL HART and BRADLEY FLESHMAN

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE DWYER,<br><br>             Plaintiff,<br><br>     vs.<br><br>CITY OF CHICO, MICHAEL HART, BRADLEY FLESHMAN,<br><br>             Defendants. | Case No.: 2:18-CV-1554 KJM CMK<br><br>**ORDER GRANTING STIPULATION AND REQUEST TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT** |

### **ORDER**

Good cause having been shown, the Court hereby ORDERS that any answer or other pleading responsive to the First Amended Complaint submitted by these Defendants shall be filed on or before July 25, 2018.

IT IS SO ORDERED.

DATED:  July 12, 2018.

_____
UNITED STATES DISTRICT JUDGE

-1-