1  Roger A. Colvin, Esq. (SBN 068773)
   Tania Ochoa, Esq. (SBN 298393)
2  Alvarez-Glasman & Colvin
   Attorneys at Law
3  13181 Crossroads Parkway North
   Suite 400 – West Tower
4  City of Industry, CA  91746
   Tel. (562) 699-5500 - Fax (562) 692-2244
5  rcolvin@agclawfirm.com
6  Attorneys for Defendant and
   Cross-Defendant, City of Chico

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | GRACE DWYER               ) Case No. 2:18-cv-01554-KJM-DMC
12 |                           )
   |       Plaintiff,          ) ORDER ON STIPULATION RE:
13 |                           ) PHYSICAL EXAMINATION OF
   |    v.                     ) PLAINTIFF GRACE DWYER
14 |                           )
15 |                           ) (FRCP, Rule 35)
16 | CITY OF CHICO, MICHAEL    )
   | HART, BRADLEY FLESHMAN,   )
17 |                           )
18 |                           )
19 |       Defendants.         )
   |                           )
20 |_____)

21

22                              **ORDER**

23      Pursuant to Plaintiff Grace Dwyer and Defendant City of Chico's Stipulation

24 and for good cause shown, the above Stipulation is accepted, adopted and made the

25 Order of the Court.

26 IT IS SO ORDERED.

27 Dated:  October 22, 2019

28                                          _____
                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE

1