# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Grace Dwyer, | No. 2:18-cv-01554-KJM-DMC |
| Plaintiff, | ORDER |
| v. | |
| City of Chico, | |
| Defendant. | |

On June 25, 2021, the court held a scheduling conference via videoconference. Scheduling Conference Min. (June 25, 2021), ECF No. 46. Joseph Zink represented plaintiff. *Id.* Roger Colvin represented defendant. *Id.*

The court directed the parties to meet and confer following the hearing in light of defendant's plans to file a motion for summary judgment. Following the meet and confer, the parties are directed to inform the court whether they request a court-convened settlement conference with another judge of the court. The defense also agreed in effect to an earlier dispositive motion cutoff date, and is directed to file any motion for summary judgment within 45

/////

days.[1]  Upon the court's resolution of summary judgment, it will reset the final pretrial conference.

IT IS SO ORDERED.

DATED: June 25, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The court also briefly reviewed with the parties plaintiff's motion for summary judgment, which the court denied in April 2021.  Order (April 9, 2021), ECF No. 43.  The court reminds the parties that while the court did not find the plaintiff was entitled to summary judgment, the court did not make any findings of law or fact in that order.