UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Grace Dwyer, | No. 2:18-cv-01554-KJM-DMC |
| Plaintiff, | ORDER |
| v. | |
| City of Chico, et al., | |
| Defendants. | |

The opposed ex parte application to continue deadlines is **granted** to permit Ms. Dwyer's physician to prepare a declaration in support of her opposition to the pending motion for summary judgment. *See* Ex Parte App., ECF No. 49; Opp'n, ECF No. 50; Mot. Summ. J., ECF No. 48. The hearing on the pending motion for summary judgment is **vacated and reset for October 8, 2021 at 10:00 a.m.** before the undersigned. The opposition and reply deadlines are each extended one week to **September 10, 2021** and **September 17, 2021**, respectively.

This order resolves ECF No. 49.

IT IS SO ORDERED.

DATED: September 1, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1