# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE DWYER, | No. 2:18-CV-1554-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF CHICO, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. An in-person settlement conference is scheduled for November 7, 2022, at 9:30 a.m., in Redding, California, before the undersigned. The parties are directed to each submit a confidential settlement conference statement <u>directly to chambers</u> by October 31, 2022. These statements <u>shall not be filed</u>. Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms. <u>See</u> Local Rule 270(f)(1). Concurrent with their settlement conference statement, the parties shall execute and <u>file</u> the attached Waiver of Disqualification.

Dated: August 16, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRACE DWYER,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF CHICO,<br><br>            Defendant. | No.  2:18-CV-1554-KJM-DMC |

WAIVER OF DISQUALIFICATION

      Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Cota thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.


DATED: _____                    _____
                                                                    By:   For Plaintiff(s)


DATED: _____                    _____
                                                                    By:   For defendant(s)